```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES

-v-

MICHAEL J. MITROW, JR.,

                    Defendant.

------------------------------------------------------------X

S3 13 Cr. 633 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

At today's change-of-plea hearing, defendant Michael Mitrow pled guilty to Counts Three and Eight of the Superseding Indictment. Pursuant to the parties' signed plea agreement, the Court will hold a *Fatico* hearing to determine the loss amount. At today's hearing, the Court engaged in a lengthy colloquy with counsel as to the scheduling and expected scope of the *Fatico* hearing.

As discussed, counsel in this case are directed to reserve the weeks of **March 30, 2015**, and **April 6, 2015**, for such a hearing. As mentioned earlier today, the Court currently has a trial scheduled for March 30, 2015, which is anticipated to last 1–2 weeks. If that case ultimately proceeds to trial, the Court will issue an Order, in this case, adjourning the *Fatico* hearing, likely until June 2015. In the interim, counsel are, of course, at liberty to call Chambers periodically to inquire about the status of the case that is currently scheduled for trial on March 30, 2015.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 29, 2015
       New York, New York